UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' CONSOLIDATED MOTION TO UNSEAL SEVERAL SEARCH WARRANTS AND COURT ORDERS RELATING TO THE SAME INVESTIGATION | CASE NOS: 1:22-mj-436; 1:22-mj-454; 1:22-mj-468; 1:22-mj-469; 1:22-mj-500; 1:22-mj-501; 1:22-mj-502; 1:22-mj-503; 1:22-mj-504; 1:22-mj-505; 1:22-mj-506; 1:22-mj-507; 1:22-mj-508 <br><br> JUDGE STEPHANIE K. BOWMAN <br><br> MOTION AND ORDER TO UNSEAL SEARCH WARRANTS |

The United States respectfully moves the Court to unseal the above-captioned cases. The government requests that these search warrants be unsealed so that the government can disclose them to defense counsel in *United States v. Christopher Sisk and Brandi Sisk,* Case No. 1:21-cr-024. Because all these cases relate to the same investigation, and to conserve the Court's resources, the government consolidates these requests in a single motion.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

 /s/ Kelly K. Rossi
KELLY K. ROSSI (NM 147107)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711
Fax: (513) 684-6385
Email: Kelly.Rossi@usdoj.gov

## **ORDER**

Upon the Motion of the United States and for good cause shown, it is

**ORDERED** that the above-captioned cases be unsealed.

_____
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE